UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

2010 DEC 22 AM 11:59

In re:  §  Case No. 08-22039 ASD
RAMOYA, JARLATH PAUL  §
 §  (CHAPTER 7)
 §
 §
 §
        Debtor(s).  §
 §

REPORT OF SMALL/UNCLAIMED DIVIDENDS

$1.79
#27444

The undersigned trustee reports:

X   The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

___  More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: December 21, 2010

Thomas C. Boscarino
Thomas C. Boscarino, Trustee
December 21, 2010
628 Hebron Avenue
Building Two, Suite 301
Glastonbury, CT 06033
(860) 659-5657

## EXHIBIT A

Case Name: RAMOYA, JARLATH PAUL
Case Number: 08-22039

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Recovery Management Systems Corporation For Capital Recovery II LLC, 25 SE 2nd Avenue, SUite 1120 Miami, FL 33131 | 6 | $177.56 | $1.79 | |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 1.79 | $ 0.00 |

